United States District Court
Southern District of Texas
**ENTERED**
December 12, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SANDRA LISTEBARGER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-19-4468 |
| | § | |
| CAPIO PARTNERS, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Sandra Listebarger has sued Capio Partners, LLC, for allegedly violating the Fair Debt Collection Practices Act. (Docket Entry No. 1). On December 10, 2019, the United States Supreme Court held, in *Rotkiske v. Klemm*, that the Fair Debt Collection Practices Act's statute of limitations begins to run when the alleged violation occurs, not when the violation is discovered. *Rotkiske v. Klemm*, No. 18-328, 2019 WL 6703563, at *3–4 (Dec. 10, 2019). Listebarger must amend her complaint **by January 10, 2020**, to include the date that Capio Partners allegedly violated the Fair Debt Collection Practices Act.

SIGNED on December 11, 2019, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge